# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **DAWN GORDON ET AL** | **CIVIL ACTION NO. 23-cv-1139** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFFS OFFICE ADAMS COUNTY ET AL** | **MAG. JUDGE DAVID J. AYO** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 36] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 36] filed by Defendants Adams County Sheriff's Office and/or Adams County, Dale Gaden Wayne Cardwell, and The Travelers Indemnity Company is **DENIED**.

**MONROE, LOUISIANA**, this the 16th day of October 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE